HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MOSES MANUEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>MOSES MANUEL MORALES,<br><br>*Defendant.* | Case No.  1:16-cr-00050 LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>DATE:   November 13, 2018<br>TIME:    2:00 p.m.<br>JUDGE: Honorable Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 10, 2018 before Judge Erica P. Grosjean may be continued to November 13, 2018 at 2:00 a.m.

Additional time is needed for defense investigation.  Defense does not want Mr. Morales to be transported to court from Lerdo just to request a new status conference date.

//

//

//

//

///

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| DATED: October 5, 2018 | | */s/ Jeffrey A. Spivak*<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 5, 2018 | | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>MOSES MANUEL MORALES |

**O R D E R**

IT IS SO ORDERED that the 2nd Status Conference is continued from October 10, 2018 to November 13, 2018 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **October 5, 2018**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE