| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>MOSES MANUEL MORALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>MOSES MANUEL MORALES,<br><br>*Defendant.* | Case No.  1:16-cr-00050 LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>DATE:   November 28, 2018<br>TIME:    2:00 p.m.<br>JUDGE: Honorable Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 13, 2018 before Judge Barbara A. McAuliffe may be continued to November 28, 2018 at 2:00 a.m.

Additional time is needed to complete defense investigation.  Defense does not want Mr. Morales to be transported to court from Lerdo just to request a new status conference date.  Mr. Morales had his first status conference on September 24, 2018.  A second status conference was set for November 13, 2018.  At completion of this investigation, by the next status conference, Mr. Morales will decide whether to proceed to contested hearing.   This stipulation promotes judicial economy and avoids the need to transport Mr. Morales in chains all day.

//

//

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: November 8, 2018

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 8, 2018

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MOSES MANUEL MORALES

## **O R D E R**

**IT IS SO ORDERED** that the 2nd Status Conference is continued from November 13, 2018 to November 28, 2018 at 2:00 PM before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **November 8, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE