HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
MOSES MANUEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00050 LJO-SKO |
|---|---|
| *Plaintiff*, | ***AMENDED* EX PARTE PETITION FOR RELEASE OF PROBATION RECORDS; ORDER** |
| vs. | |
| MOSES MANUEL MORALES, | |
| *Defendant.* | JUDGE: Honorable Lawrence J. O'Neill |

**I.**

**INTRODUCTION**

This amended pleading is filed to correct an error. One of the alleged violations was incorrectly listed as a requested record.

Moses Morales, through his counsel of record, hereby petitions the Court pursuant to Local Rules of the United States District Court, Eastern District, Rule 461(b) for release of probation records concerning his conduct under supervised release. Mr. Morales is in a violation of supervised release proceeding. Under Local Rule 461(a) probation records are confidential records of the U.S. District Court. Disclosure of such records is available under Rule 461(b) upon a showing of need for the particular information contained in the records. This case is presently set for a status conference before the duty Magistrate on December 19, 2018. The defense needs access to these records because they are likely to contain information that is

relevant to a determination of whether Mr. Morales violated his conditions of supervised release.

///

In addition, they will contain information that is relevant and favorable for purposes of sentencing.

## II.
## RECORDS REQUESTED

The violation petition alleges the following violations:

(1) Change in residence without prior notification to probation officer.

(2) Failure to participate in counseling appointments as directed.

(3) Failure to appear at his appointment for a polygraph test on September 13, 2018.

Counsel for Mr. Morales is requesting records which will allow counsel to evaluate various possible defenses and/or provide mitigation evidence. Counsel believes that the following records are needed:

1. Monthly treatment reports for the last 6 months: These would indicate the counselor's evaluation of defendant's progress, participation, and compliance on a monthly basis. They would also show whether in July 2018 Mr. Morales' former therapist became unavailable due to a family emergency. Also, they will show whether there was a practice of rescheduling counseling sessions to accommodate Mr. Morales' work schedule.

2. Any existing treatment contracts that Mr. Morales entered into during the last 6 months: This record would provide the terms and conditions regarding scheduling of therapy appointments. This would allow counsel to assess whether there was a practice of rescheduling therapy appointments to accommodate Mr. Morales' work schedule.

3. Any communication, in any form whatsoever, by or between Mr. Morales' probation officers and any service provider(s) that reference Mr. Morales' performance while on probation, or the manner in which services were being provided to him, over the last 6 months: Such a record would reference Mr. Morales' performance and would

address any specific scheduling issues, such as the need to replace a therapist and/or reschedule appointments due to his work schedule.

### III.
### CONCLUSION

Counsel for Mr. Morales requests the above-referenced records because they are relevant to defense of the charges and to sentencing on any violation that may be established. Without these records it is not possible to assess potential factual defenses.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 14, 2018       */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MOSES MANUEL MORALES

### ORDER

The Court, having considered defendant's Ex Parte Petition For Release of Probation Records Hereby holds in abeyance defendant's petition. The dates of status and/or hearing can be adjusted by the Magistrate Judge in light of this Order. Probation will have up to and including January 7, 2019 to respond/agree to/OR object to this request for an Order by the Defendant. Defendant will have until January 15 to Reply. The Court will then rule on the matter.

IT IS SO ORDERED.

Dated: **December 14, 2018**       */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE