IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16CR00050-001 LJO |
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| MOSES MANUEL MORALES, | |
| Defendant. | |

The above-named defendant having been sentenced on April 1, 2019,

IT IS HEREBY ORDERED that the defendant shall be released at 10:00am on Tuesday, April 2, 2019, to a representative of Brenda Jean's Sober Living. A Judgment and Commitment will be issued forthwith.

IT IS SO ORDERED.

Dated: **April 1, 2019**            /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE